**Angel DEQUESNE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58098.**

Missouri Court of Appeals, Western District.

Feb. 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application for Transfer Sustained April 24, 2001.

Case Retransferred Sept. 25, 2001.

Court of Appeals Opinion Readopted Sept. 27, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HOLLIGER, Presiding Judge, LOWENSTEIN and NEWTON, JJ.

### ORDER

PER CURIAM.

Appellant was convicted of second-degree murder and armed criminal action, and his direct appeal was unsuccessful. He now appeals the denial without evidentiary hearing of his Rule 29.15 motion. Affirmed. Rule 84.16(b).